No. 3,566.—JUNG SOY, APPELLANT, *v.* RUM YEN, RESPONDENT.

*Appeal from District Court, Silver Bow County; J. J. Lynch, Judge.*

Decided December 8, 1914.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with stipulation of counsel on file herein.

*Messrs. Henry C. Smith, Peter Breen* and *H. K. Jones,* for Appellant.

---

No. 3,589.—GAVIN W. HAMILTON, PETITIONERS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of *certiorari* to the District Court of the Fourteenth Judicial District in and for the County of Broadwater, and John A. Mathews, Judge thereof.

Decided December 14, 1914.

PER CURIAM.—It is ordered that the above-entitled proceeding be, and the same is hereby, dismissed in accordance with motion of counsel for petitioners.

*Mr. Frank A. Roberts,* for Petitioners.